IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| TIMOTHY ALAN CRAIG, | ) | |
|     Plaintiff, | ) | Case No. 5:04cv00104 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| TIMOTHY A. ROBERTSON, | ) | BY: Samuel G. Wilson |
| and | ) | United States District Judge |
| ENOVATION GRAPHIC SYSTEMS, INC., | ) | |
|     Defendants. | ) | |

In accordance with the Memorandum Opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that defendants' motion to limit plaintiff's evidence of medical expenses is **DENIED**.

ENTER: This 21st day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE