CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 4 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

TIMOTHY ALAN CRAIG,               )        CIVIL ACTION NO. 5:04CV00104

       Plaintiff                )

v.                                )        **O R D E R**

TIMOTHY A. ROBERTSON, et al.,     )        By:   Hon. Samuel G. Wilson
                                              United States District Judge
       Defendant                )

 

The court is advised that the commonwealth of Virginia, Department of taxation, has delivered subpoenaed tax records to the Office of the Clerk of Court for the United States District Court or the Western District of Virginia, Harrisonburg Division, pursuant to Virginia Code § 58.1-109; and it appearing that Virginia Code § 58.1-109 requires a court order before the Commonwealth's tax records may be unsealed; and it further appearing that the information contained in the tax records is of such importance that the ends of justice require that the secrecy and confidentiality of the documents not be violated, it is, therefore,

ORDERED

that the Clerk of Court for the United States District Court for the Western District of Virginia, Harrisonburg Division, release the subpoenaed Commonwealth of Virginia's tax records to

      Ronald Denney, Esq.
      Post Office Drawer 1140
      Waynesboro, VA 22980

      Donald Beck, Jr., Esq.
      Post Office Box 30
      Richmond, VA 23218

Counsel are advised that the tax records contain confidential information. Therefore, counsel shall not publicize, reveal, disseminate, or photocopy the tax records, except as is reasonably necessary for the purposes of this case. Upon the conclusion of the case, counsel shall return all copies of the tax records to the Clerk of Court.

The Clerk is directed to send a certified copy of this Order to Mr. Denney and Mr. Beck upon their request for copies of the state tax records.

ENTER: This _4 th_ day of ~~April~~ May, 2005.

_____
United States District Judge

2