UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

TIMOTHY ALAN CRAIG,

    Plaintiff,

v.                                Civil Action No.: 5:04CV00104

TIMOTHY A. ROBERTSON

AND

ENOVATION GRAPHIC SYSTEMS, INC.

    Defendants.

## DISMISSAL ORDER

This day came the parties, by counsel, and represented to the Court that all matters in controversy herein have been settled, and on their joint motion it is ORDERED that this action be dismissed with prejudice and stricken from the docket. Let the Clerk send attested copies of this Order to counsel of record for both parties.

ENTER: 5/11/05

_____
JUDGE

We ask for this:

_____, p.d.
D. Cameron Beck, Jr., Esquire (VSB #39195)
M. Scott Bucci (VSB #42636)
Morris and Morris
P.O. Box 30
Richmond, Virginia 23218-0030
(804) 344-8300 Telephone
(804) 344-8359 Facsimile

Seen and Agreed:


_____, p.q.
Ronald W. Denney, Esq. #15638
Franklin, Denney, Ward & Lawson, P.L.C.
129 North Wayne Avenue
P. O. Drawer 1140
Waynesboro, VA 22980

2